IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: MaryAnne Applegate,<br>    Debtor. | CHAPTER 11 |
| PHH Mortgage Corporation as servicer for<br>U.S. Bank National Association as Trustee of<br>J.P. Morgan Mortgage Trust 2006-A5,<br>    Movant,<br>v.<br>MaryAnne Applegate,<br>    Debtor,<br><br>George M. Conway, Trustee,<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>16-18467/JKF<br><br>11 U.S.C. § 362 |

**O R D E R**

AND NOW, this __30th__ day of __May, 2018__, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and for good cause shown, it is

ORDERED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 1285 Eagle Road, New Hope, PA 18938; and it is

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE